UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES, IN THEIR CAPACITIES AS TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>RANA CREEK HABITAT RESTORATION,<br><br>　　　　Defendant. | Case No.  22-cv-01477-TLT<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. No. 22 |

Plaintiffs filed a notice of settlement and voluntary dismissal. ECF 22. Therefore, this matter is **DISMISSED** without prejudice, and any hearings and deadlines are **VACATED**. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). The parties retain the right to reopen this action within **60 days** of this Order if the settlement is not consummated. If any party certifies to the Court, with proper notice to all other parties, within **60 days** of this Order, that the case should be reopened, this Order shall be vacated, and this case shall be restored for further proceedings.

**IT IS SO ORDERED.**

Dated: October 26, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　TRINA L. THOMPSON
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge